# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ANGEL DIEZ,

Appellant,

v.

TIMOTHY LEE VAN ALSTINE and
JULIE VAN ALSTINE,

Appellees.

No. 2D2024-2869
_____

December 5, 2025

Appeal from the Circuit Court for Hillsborough County; Mark Wolfe,
Judge.

Angel Diez, pro se.

Martin S. Awerbach, Michael A. Cohn, and Jacqueline F. Perez of KHL
Law, Clearwater, for Appellees.


PER CURIAM.

    Affirmed.


LUCAS, C.J., and KELLY and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.